United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Carmen A. Almonte  
    Debtor

Case No. 18-11461-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: May 13, 2021      Form ID: 138NEW      Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(e). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | Carmen A. Almonte, 4848 5th Ave, Apt D, Temple, PA 19560-1431 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| cr | | ECMC, ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | # | Reading Berks School Employees Credit Union, 2120 Hampden Blvd., P.O. Box 14803, Reading, PA 19612-4803 |
| 14067840 | + | Aes/clc/bony Na As Tru, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14067842 | + | Aes/m&taselt, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14067845 | + | Arcadia, 645 Penn St, Reading, PA 19601-3559 |
| 14067848 | + | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14259137 | | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14587401 | + | MIDFIRST BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14441590 | + | MR. COOPER, P.O. BOX 619096, DALLAS, TX 75261-9096 |
| 14176927 | + | Mendelsohn & Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14517732 | + | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14506834 | + | MidFirst Bank, Bankruptcy Dept, 999 NW Grand Blvd., # 110, Oklahoma City, OK 73118-6051 |
| 14457186 | + | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, P.O. BOX 619096, DALLAS, TX 75261-9096 |
| 14484431 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o Michael J. Clark, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14093022 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14233173 | | Reading Berks School Employees Credit Union, c/o Joseph L. Haines, Esquire, 38 North 6th Street, P.O. Box 8536, Reading, PA 19603-8536 |
| 14067854 | + | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 14 2021 01:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 14 2021 01:40:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | May 14 2021 01:24:01 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14067849 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 14 2021 01:18:52 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |

Case 18-11461-pmm  Doc 69  Filed 05/15/21  Entered 05/16/21 00:45:00  Desc Imaged
Certificate of Notice  Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 13, 2021 | Form ID: 138NEW | Total Noticed: 35 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14067851 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 14 2021 01:24:02 | Chase Mtg, Po Box 24696, Columbus, OH 43224 |
| 14104757 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 14 2021 01:18:51 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA, 71203 |
| 14098604 | + | Email/Text: bankruptcydpt@mcmcg.com | May 14 2021 01:40:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14092885 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 14 2021 01:24:05 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14067900 | + | Email/PDF: rmscedi@recoverycorp.com | May 14 2021 01:18:55 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14085211 | | Email/Text: bnc-quantum@quantum3group.com | May 14 2021 01:39:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14067853 | + | Email/PDF: gecsedi@recoverycorp.com | May 14 2021 01:24:01 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14106259 | + | Email/Text: bncmail@w-legal.com | May 14 2021 01:40:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14067843 | | Aes/m&taselt |
| 14067844 | | Aes/m&taselt |
| 14067852 | | Rdgbksschlcu |
| 14067841 | *+ | Aes/clc/bony Na As Tru, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14067846 | *+ | Arcadia, 645 Penn St, Reading, PA 19601-3559 |
| 14067847 | *+ | Arcadia, 645 Penn St, Reading, PA 19601-3559 |
| 14067850 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |

TOTAL: 3 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 15, 2021            Signature:            /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRENNA HOPE MENDELSOHN | |

Case 18-11461-pmm    Doc 69    Filed 05/15/21    Entered 05/16/21 00:45:00    Desc Imaged
Certificate of Notice    Page 3 of 4

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: May 13, 2021 | Form ID: 138NEW | Total Noticed: 35 |

on behalf of Debtor Carmen A. Almonte tobykmendelsohn@comcast.net

FREDERICK L. REIGLE
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com

JEROME B. BLANK
    on behalf of Creditor NATIONSTAR MORTGAGE LLC paeb@fedphe.com

JEROME B. BLANK
    on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION paeb@fedphe.com

JODI L. HAUSE
    on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION jodi.hause@phelanhallinan.com, paeb@fedphe.com

JOSEPH L. HAINES
    on behalf of Creditor Reading Berks School Employees Credit Union jhaines@hainesattorneys.com

KRISTEN D. LITTLE
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pabk@logs.com klittle@logs.com;logsecf@logs.com

LEON P. HALLER
    on behalf of Creditor MIDFIRST BANK lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com

MICHAEL JOHN CLARK
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mclark@squirelaw.com

REBECCA ANN SOLARZ
    on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION paeb@fedphe.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor NATIONSTAR MORTGAGE LLC paeb@fedphe.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER paeb@fedphe.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM MILLER*R
    on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com ECF_FRPA@Trustee13.com

TOTAL: 16

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Carmen A. Almonte

        Debtor(s)    Bankruptcy No: 18−11461−pmm

                                                          Chapter: 13

---

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                  United States Bankruptcy Court
               Office of the Clerk, Gateway Building
                 201 Penn Street, 1st Floor
                     Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                     For The Court
                                                        Timothy B. McGrath
                                                         Clerk of Court

Dated: 5/13/21

                                                                                                        67 − 65
                                                                                 Form 138_new