United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-11461-pmm |
| Carmen A. Almonte | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 15, 2021 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+++           Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2021:**

**Recip ID        Recipient Name and Address**
db           +++   Carmen A. Almonte, 4848 5th Ave, Apt D, Temple, PA 19560-1431

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2021              Signature:       /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2021 at the address(es) listed below:

**Name                           Email Address**

BRENNA HOPE MENDELSOHN
    on behalf of Debtor Carmen A. Almonte tobykmendelsohn@comcast.net

FREDERICK L. REIGLE
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com   ecf_frpa@trustee13.com

JEROME B. BLANK
    on behalf of Creditor NATIONSTAR MORTGAGE LLC paeb@fedphe.com

JEROME B. BLANK
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION paeb@fedphe.com

JODI L. HAUSE
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION jodi.hause@phelanhallinan.com, paeb@fedphe.com

JOSEPH L. HAINES
    on behalf of Creditor Reading Berks School Employees Credit Union jhaines@hainesattorneys.com

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 15, 2021 | Form ID: 195 | Total Noticed: 1 |

KRISTEN D. LITTLE
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pabk@logs.com klittle@logs.com;logsecf@logs.com

LEON P. HALLER
    on behalf of Creditor MIDFIRST BANK lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com

MICHAEL JOHN CLARK
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mclark@squirelaw.com

REBECCA ANN SOLARZ
    on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor NATIONSTAR MORTGAGE LLC paeb@fedphe.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER paeb@fedphe.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION paeb@fedphe.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM MILLER*R
    on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com  ECF_FRPA@Trustee13.com

TOTAL: 16

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Carmen A. Almonte : Case No. 18−11461−pmm
    Debtor(s)

### ORDER
_____

AND NOW, this day , June 15, 2021 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge , United States Bankruptcy Court

73
Form 195